johmtem^
 
 Judge.
 

 The courses of the patent after arriving afe ILoekwood Folly are described thus:
 
 thence up a creek ’within the inlet and the weciwardly branch to the head; thence north-east to Elizabeth river.
 
 Where there is a natural boundary it must be followed j and if, as here, the next course will lead
 
 to
 
 a point whereby the land will not be included, but calls for a natural boundary, the course is to be disregarded, and the nearest course to the natural boundary must be taken. As to possession, if a smaller patent be laid on land included In a greater, and the pa-tentee of this smaller part take possession, and that be not interrupted, though possession be taken of other parts of the larger patent, and that uninterrupte d possession be continued under the smaller patent for seven yeais, it will give a title to the possessor.